# EXHIBIT J

Fried, Frank, Harris, Shriver & Jacobson LLP

**FRIED FRANK**

801 17th Street, NW
Washington, DC 20006
Tel: +1.202.639.7000
Fax: +1.202.639.7003
www.friedfrank.com

Direct Line: +1.202.639.7040
Email: james.wareham@friedfrank.com

February 23, 2018

**Via FedEx**

Michael I. Fistel, Jr., Esq.
Johnson Fistel, LLP
40 Powder Springs Street
Marietta, Georgia 30064

Re: Letter Sent on Behalf of Brock Andersen & Balraj Paul.

Dear Mr. Fistel,

I write on behalf of Under Armour, Inc. (the "Company") with regard to your December 7, 2017 and January 11, 2018 letters.

The Company's Board of Directors (the "Board") and its designated review group have considered your letters. The review group has reaffirmed its October 25, 2017 report and recommendation to the Board, and the Board has reaffirmed its November 6, 2017 determination that it is not in the best interests of the Company or its stockholders to pursue the claims alleged in your demand letter of July 5, 2017.

As set forth in the Under Armour Defendants' motion to dismiss filed in the currently pending securities class action in the District of Maryland, the Company's position is that there is no merit to the allegations in the plaintiffs' Consolidated Amended Complaint for Violations of the Federal Securities Laws.

Finally, as you have not identified any legal authority that would entitle you the documents requested in your letters, the Company is declining to provide you with those documents at this time.

Sincerely,

James D. Wareham

New York • Washington • London • Frankfurt
Fried, Frank, Harris, Shriver & Jacobson LLP is a Delaware Limited Liability Partnership
15877376