# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
# (Northern Division)

| | |
|---|---|
| BROCK ANDERSEN and BALRAJ PAUL, derivatively on behalf of UNDER ARMOUR, INC., <br><br> Plaintiffs, <br><br> v. <br><br> KEVIN A. PLANK, et al. <br><br> Defendants, <br><br> and <br><br> UNDER ARMOUR, INC., <br><br> Nominal Defendant. | Case No. RDB-18-2239 <br><br> **Consolidated with:** <br><br> Case No. RDB-20-3390 <br> Case No. RDB-20-2523 <br> Case No. RDB-20-2589 |

**ORDER GRANTING MOTION TO SEAL VERIFIED FIRST AMENDED SHAREHOLDER DERIVATIVE COMPLAINT**

Before this Court is the Motion to Seal Verified First Amended Shareholder Derivative Complaint by Plaintiffs Balraj Paul and Anthony Viskovich.

For good cause shown, Plaintiff's Motion be and is hereby GRANTED.

The Court ORDERS the Clerk to file Plaintiff's Verified Complaint (including the redlined/compare version) under seal.

**SO ORDERED.**

Dated: __August 6__, 2021

/s/
_____
HON. RICHARD D. BENNETT
UNITED STATES DISTRICT JUDGE