IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Andersen, et al.     *
**Plaintiff,**
    *
v.     Case No. 1:18-cv-02239-RDB
    *
Plank, et al.
**Defendant.**     *

### MOTION FOR ADMISSION PRO HAC VICE

I, Scott R. Haiber, am a member in good standing of the bar of this Court. I am moving the admission of Theodore V. Wells, Jr. to appear pro hac vice in this case as counsel for Kevin A. Plank.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| See Attachment A | See Attachment A |
| | |
| | |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court  Zero (0)  time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or __N/A_____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| */s/ Scott R. Haiber* | */s/ Theodore V. Wells, Jr.* (sigend by Scott Haiber w/permission of Theodore V. Wells, Jr.) |
| Signature | Signature |
| Scott R. Haiber (Bar No. 25947) | Theodore V. Wells, Jr. |
| Printed name and bar number | Printed name |
| Hogan Lovells US LLP | Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| Office name | Office name |
| 100 International Dr., Ste. 2000, Baltimore, MD 21202 | 1285 Avenue of Americas, New York, NY 10019-6064 |
| Address | Address |
| 410-659-2776 | 212-373-3089 |
| Telephone number | Telephone number |
| 410-659-2701 | 212-492-0089 |
| Fax Number | Fax Number |
| scott.haiber@hoganlovells.com | twells@paulweiss.com |
| Email Address | Email Address |

# ATTACHMENT A

Movant Theodore V. Wells, Jr. is a member of good standing in the bars of the following State and U.S. Courts:

STATE COURTS:
State of New Jersey (6/16/1977)
New York Supreme Court, Appellate Division, 1st Department (1/9/2001)
District of Columbia Court of Appeals (8/4/2000)

U.S. COURTS:
U.S. Supreme Court (7/30/1986)
U.S. Court of Appeals, 1st Circuit (8/9/2019)
U.S. Court of Appeals, 2nd Circuit (12/11/2008)
U.S. Court of Appeals, 3rd Circuit (6/17/1977)
U.S. Court of Appeals, 4th Circuit (6/25/2019)
U.S. Court of Appeals, 5th Circuit (6/24/2014)
U.S. Court of Appeals, 9th Circuit (4/12/2004)
U.S. Court of Appeals, 10th Circuit (10/2/2019)
U.S. Court of Appeals, 11th Circuit (10/24/2018)
U.S. Court of Appeals, District of Columbia Circuit (2/10/1998)
U.S. District Court for the Eastern District of New York (7/23/2007)
U.S. District Court for the Southern District of New York (12/13/2001)
U.S. District Court for the District of New Jersey (6/16/1977)
U.S. District Court for the District of Columbia (3/4/2002)
U.S. District Court for the District of Colorado (5/2/2018)